No. 75–377. LUDWIG *v.* MASSACHUSETTS. Appeal from Sup. Jud. Ct. Mass. Probable jurisdiction noted.

No. 75–62. RUNYON ET UX., DBA BOBBE'S SCHOOL *v.* MCCRARY ET AL.;

No. 75–66. FAIRFAX-BREWSTER SCHOOL, INC. *v.* GONZALES ET AL.;

No. 75–278. SOUTHERN INDEPENDENT SCHOOL ASSN. *v.* MCCRARY ET AL.; and

No. 75–306. MCCRARY ET AL. *v.* RUNYON ET UX., DBA BOBBE'S SCHOOL, ET AL. C. A. 4th Cir. Certiorari granted, cases consolidated, and a total of two hours allotted for oral argument. Reported below: 515 F. 2d 1082.

No. 75–104. UNITED JEWISH ORGANIZATIONS OF WILLIAMSBURGH, INC., ET AL. *v.* CAREY, GOVERNOR OF NEW YORK, ET AL. C. A. 2d Cir. Certiorari granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.*

No. 75–164. PASADENA CITY BOARD OF EDUCATION ET AL. *v.* SPANGLER ET AL. C. A. 9th Cir. Certiorari granted.

No. 75–342. FEDERAL POWER COMMISSION *v.* CONWAY CORP. ET AL. C. A. D. C. Cir. Certiorari granted.

No. 75–5387. SIFUENTES *v.* UNITED STATES. C. A. 5th Cir. Motion for leave to proceed *in forma pauperis* granted. Certiorari granted and case set for oral argument with No. 74–1560, *United States* v. *Martinez-Fuerte* [certiorari granted, *ante,* p. 822].

---

*See also note, *supra,* p. 941.